People v Miranda (2025 NY Slip Op 05824)

People v Miranda

2025 NY Slip Op 05824

Decided on October 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
VALERIE BRATHWAITE NELSON
DEBORAH A. DOWLING
CARL J. LANDICINO
PHILLIP HOM, JJ.

2025-04169
 (Ind. No. 70744/24)

[*1]The People of the State of New York, respondent,
v
Aida Y. Miranda, appellant.

Joseph S. Gulino, Jr., White Plains, NY, for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Dutchess County (Edward T. McLoughlin , J.), imposed on March 7, 2025, upon her plea of guilty, on the ground that the sentence was illegal and excessive.
ORDERED that the sentence is affirmed.
The defendant's valid waiver of her right to appeal precludes appellate review of her contention that the sentence imposed was excessive (see People v Williams, 224 AD3d 706, 706). While a challenge to the legality of a sentence survives a valid waiver of the right to appeal (see People v Lopez, 6 NY3d 248, 255; People v Callahan, 80 NY2d 273, 280), the defendant's arguments do not amount to a "claim that the sentence is illegal in the sense that it violates or exceeds the statutory scheme which sets forth the parameters of an appropriate sentence for this crime. What the defendant actually challenges is the severity of [her] sentence, and this claim can be waived" (People v Brathwaite, 263 AD2d 89, 92).
BARROS, J.P., BRATHWAITE NELSON, DOWLING, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court